UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

SARA HILDEBRAND,

    Plaintiff,

v.                                       Case No.:    18-cv-1309

VILLAGE OF GERMANTOWN,

    Defendant.

## COMPLAINT

### PRELIMINARY STATEMENT

1. This is an action brought by Plaintiff Sara Hildebrand against her former employer, Village of Germantown, for violations of the Fair Labor Standards Act of 1938, as amended, ("FLSA"), 29 U.S.C. 201 *et al.* Plaintiff Sara Hildebrand was an hourly employee of the Village of Germanton at all times since August 2015. The Village of Germantown unlawfully retaliated against Plaintiff Sara Hildebrand in violation of the FLSA by terminating her employment when she questioned the Village of Germantown's rounding policy and asked to be properly paid by Village of Germantown.

2. Plaintiff Hildebrand brings this action pursuant to the Fair Labor Standards Act of 1938, as amended, ("FLSA"), for purposes of obtaining relief under the FLSA for unpaid unpaid wages, liquidated damages, costs, attorneys' fees, injunctive relief, and/or any such other relief that the Court may deem appropriate.

## JURISDICTION AND VENUE

3. This Court has original jurisdiction under 28 U.S.C. § 1331, because this case presents federal questions brought under the FLSA.

4. Venue in this district is proper pursuant to 28 U.S.C. § 1391(b) and (c), because a substantial part of the events or omissions giving rise to the claims occurred in this district, and Defendant Village of Germantown has substantial and systematic contacts in this District.

## PARTIES

5. Defendant Village of Germantown is a Wisconsin municipality with a registered agent for service of process is Deanna Boldrey, Village Clerk, located in Germantown, Wisconsin.

6. Plaintiff Sara Hildebrand is an adult resident of the State of Wisconsin who was formerly employed by the Village of Germantown as a librarian.

## GENERAL ALLEGATIONS

7. Plaintiff Hildebrand was formerly an employee of Defendant who worked as a librarian from approximately August 1993 until August 24, 2018.

8. Since August 2015, Defendant has provided library services to patrons at the Germantown Community Library in Germantown, Wisconsin.

9. At all times during her employment for Defendant, Plaintiff Hildebrand performed work as a librarian at the Germantown Community Library.

10. Defendant paid Plaintiff Hildebrand an hourly rate of $23.26 per hour.

11. In August 2018, Plaintiff Hildebrand complained in writing to Defendant that Defendant had impermissibly rounded her work time and was not paying her for all of her hours worked.

12. On August 7, 2018, Plaintiff Hildebrand, via counsel, complained again in writing to Defendant that Defendant had and was continuing to impermissibly round Plaintiff Hildebrand's work time and was not paying her for all of her hours worked.

13. In August 2018, Defendant terminated Plaintiff Hildebrand in retaliation for her complaint that Defendant impermissibly rounded her work time.

## CLAIM FOR RELIEF
### Violations of the Fair Labor Standards Act – Retaliation

14. Plaintiff Hildebrand reasserts and incorporates by reference all previous paragraphs as if they were set forth herein.

15. Defendant received and acknowledged Plaintiff Hildebrand's complaint regarding impermissible rounding practices and not paying her for all hours worked.

16. Within four days of acknowledging her complaint regarding impermissible rounding practices and not paying her for all hours worked, Defendant terminated Plaintiff Hildebrand's employment.

17. By the above actions, Defendant has retaliated and discriminated against Plaintiff Hildebrand in violation of the FLSA.

## REQUEST FOR RELIEF

3

WHEREFORE, Plaintiff Hildebrand, respectfully requests the following relief:

a) An Order finding that the Village of Germantown violated the FLSA;

b) An Order finding that Defendant violations of the FLSA were willful, dilatory and unjust;

c) An award in the amount of all unpaid wages, liquidated damages and civil penalties as provided under the FLSA;

d) An award in the amount of all costs and attorneys' fees incurred in the course of prosecuting these claims as well as pre-judgment and post-judgment interest; and

e) Such other relief as the Court deems just and equitable.

Dated this 24th day of August, 2018.

Respectfully submitted,

*s/ Summer H. Murshid*
Larry A. Johnson
SBN 1056619
Summer H. Murshid
SBN 1075404
Timothy P. Maynard
SBN 1080953

**Hawks Quindel, S.C.**
222 East Erie Street
Suite 210
P.O. Box 442
Milwaukee, WI 53201-0442
Telephone: (414) 271-8650
Fax: (414) 271-8442
Email(s):   ljohnson@hq-law.com
            smurshid@hq-law.com
            tmaynard@hq-law.com

4