**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**
**MILWAUKEE DIVISION**

---

SARA HILDEBRAND

       Plaintiff,

                                                         Case No. 2:18-cv-01309-DEJ

   v.

VILLAGE OF GERMANTOWN,

       Defendant.

---

**NOTICE OF APPEARANCE**

---

**PLEASE TAKE NOTICE** that KASDORF, LEWIS & SWIETLIK, S.C., by Matthew J. Hastings, has been retained by and appear for the Defendant, Village of Germantown, in the above-referenced matter. Copies of all pleadings should be served upon us via U.S. Mail at the address below or via the court's electronic filing system.

    Dated this 5th day of August, 2019,

                                          KASDORF, LEWIS & SWIETLIK, S.C.
                                          Attorneys for Defendant, Village of Germantown

                                          By: */s/ Matthew J. Hastings*
                                               Matthew J. Hastings
                                               State Bar No. 1059063

MAILING ADDRESS:
One Park Plaza, Suite 500
11270 W. Park Place
Milwaukee, WI 53224
Phone:   (414) 577-4000
Fax:      (414) 577-4400
E-Mail:  mhastings@kasdorf.com