Court Minutes and Order

DATE:           October 17, 2019
JUDGE:          Pamela Pepper
CASE NO:        Consolidated cases - 2018-cv-1309; 2019-cv-924
CASE NAME:      Sara Hildebrand v. Village of Germantown
NATURE OF HEARING:   Scheduling Conference
APPEARANCES:    Summer Murshid – Attorney for the plaintiff
                Matthew Hastings – Attorney for the defendant
COURTROOM DEPUTY:    Kristine Wrobel
TIME:           3:35 p.m. – 3:50 p.m.
HEARING:        Final pretrial conference set for April 29, 2021 at 9:30 a.m.
                Trial set for May 17, 2021 at 8:30 a.m.

**AUDIO OF THIS HEARING AT DKT. NO. 33**

The court noted that it had scheduled this hearing because the two cases had been consolidated and assigned to this court, but were on slightly different scheduling tracks. The parties advised the court that they had filed a Rule 26(f) plan in the 2019 case, and that they'd like the dates proposed in that plan to apply to the consolidated case going forward. The court went over those dates with the parties and agreed to them.

The court told the parties that if they decided at any point that they would like to utilize a magistrate judge to facilitate mediation, they should notify the court by filing a joint motion or by contacting chambers with all parties on the line. The court informed the parties that while it was willing to sign agreed protective orders, it would not sign such orders if the orders contained provisions requiring the court to place certain documents under seal. The court holds hearings on any motions to seal that state, as cause, that the document to be sealed is covered by a protective order.

Counsel for the plaintiff indicated that the plaintiff had taken a Rule 30(b)(6) deposition in the 2018 case and wanted to ensure that the defendant would not have an issue with producing the 30(b)(6) witness for the issues raised in the 2019 case. Counsel stated that she would not be duplicative in the second deposition. Counsel for the defendant indicated that he did not anticipate any objection to making a Rule 30(b)(6) representative available for inquiry on the claims raised in the 2019 case.

The court **ORDERS** the following:

Parties wishing to file amended pleadings without leave of court must do so no later than November 15, 2019.

The plaintiff shall disclose the identities of her expert witnesses, along with reports and supporting documentation, no later than June 1, 2020.

1

The defendant shall disclose the identities of its expert witnesses, along with reports and supporting documentation, no later than August 1, 2020.

The parties shall complete all discovery no later than October 15, 2020.

Any party wishing to file dispositive motions must do so by December 1, 2020. The response and reply deadlines mandated by the local rules shall apply.

The court **ORDERS** that the time any party files proposed findings of fact, that party also shall e-mail a Word version of those proposed findings of fact to Pepperpo@wied.uscourts.gov.

The court **ORDERS** that the parties must appear for a final pretrial conference on April 29, 2021 at 9:30 a.m. in Room 222.

The court further **ORDERS** that the trial, which the parties estimate will take six days, is scheduled for May 17, 2021 at 8:30 a.m.

Dated in Milwaukee, Wisconsin this 17th day of October, 2019.

BY THE COURT:

_____
**HON. PAMELA PEPPER**
**United States District Judge**

2

Case 2:18-cv-01309-PP   Filed 10/17/19   Page 2 of 2   Document 34